## BROWN v. USRY.

*Simmons, C. J.*—This was a rule against a sheriff. His answer was traversed by the movant of the rule, but no evidence was introduced in support of the traverse. The court therefore properly disposed of the case upon the facts set forth in the answer, and the judgment rendered thereon was correct.

August 18, 1896.                    *Judgment affirmed.*

Money rule. Before Judge Reese. Glascock superior court. August term, 1895.

*R. H. Lewis* and *James Whitehead,* for plaintiff.
*E. P. Davis,* for defendant.

## EVANS v. HART.

*Lumpkin, J.*—This case is controlled by the decision of this court in the case of *Tate et al.* v. *Goff,* 89 *Ga.* 184.

August 18, 1896.                    *Judgment affirmed.*

Levy and claim. Before Judge Reese. Taliaferro superior court. August term, 1895.

*Horace M. Holden,* for plaintiff in error.
*H. T. Lewis* and *S. H. Sibley,* contra.

## TUCKER v. BANKS.

*Lumpkin, J.*—The only question in this case being whether or not the judge erred in overruling a *certiorari* brought to set aside a verdict rendered in a justice's court, on the ground that it was contrary to evidence, and there being sufficient evidence to support the verdict, this court will not interfere.

August 18, 1896.                    *Judgment affirmed.*

*Certiorari.* Before Judge Reese. Hart superior court. September term, 1895.

*O. C. Brown* and *I. C. Van Duzer,* for plaintiff in error.
*A. G. McCurry* and *J. H. Skelton,* contra.